AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | Case No.  25-4213 MJ CDB |
| | ) | |
| v. | ) | |
| | ) | |
| Christopher Michael Dehaven, | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count 1

On or about June 6, 2025, in the District of Arizona, the defendant, CHRISTOPHER MICHAEL DEHAVEN, did knowingly and willfully transmit, in interstate commerce, a communication containing a threat to injure S.H., in violation of Title 18, United States Code, Section 875(c).

This criminal complaint is based on these facts:

See attached Statement of Probable Cause, incorporated by reference herein.
☒ Continued on the attached sheet.

Reviewed by AUSA Dimitra Sampson

KARA KESLER
Digitally signed by KARA KESLER
Date: 2025.06.08 15:00:24 -07'00'

_____
*Complainant's signature*

Kara Kesler, FBI Special Agent

_____
*Printed name and title*

Sworn to before me and subscribed telephonically.

Date:   6/8/25

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.06.08 15:24:22 -07'00'

_____
*Judge's signature*

City and state: Flagstaff, Arizona

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Kara Kesler, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1.      I am a SA of the FBI and have been since April of 2023.  I am currently assigned to the Flagstaff Resident Agency of the Phoenix, Arizona, FBI Field Division.  I have received training at the FBI Training Academy in Quantico, Virginia as well as training in the investigation of narcotics investigations, assault, murder, and other violent crimes.  In the course of my official duties, in addition to the investigation of violent crimes occurring in Indian Country, I also work with the FBI's Safe Trails Task Force on drug trafficking and related investigations.  I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

2.      In preparing this Affidavit, I conferred with other law enforcement officials.  I have personal knowledge of the following facts or have learned them from other law enforcement officers.  Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violations of federal law.

## PROBABLE CAUSE

3.      On May 14, 2025, pursuant to an arrest warrant out of Coconino County, J.D. was arrested on various counts of heroin and methamphetamine sales.  J.D. was one, among

many targets, in this drug trafficking investigation in Flagstaff, Arizona. The investigation was assisted by the FBI and included at least one federal target. J.D. was booked into Coconino County Detention Facility on state charges. J.D. spoke with J.D.'s boyfriend, CHRISTOPHER MICHAEL DEHAVEN (DEHAVEN) via the detention facility's video calls, voice calls, and text messages. Inmates are advised, in a recorded message, at the beginning of each call, that their communications are subject to monitoring and recording. The recordings of these video and voice calls, and text message records, were made available to law enforcement. J.D. was speaking to DEHAVEN through the phone number (928) 963-6333. The phone number was confirmed as DEHAVEN's through a law enforcement database. DEHAVEN was confirmed as the individual on the video calls through comparison of the person on the video recording and DEHAVEN's driver's license photo. Additionally, DEHAVEN'S voice can be recognized on the voice calls after observing DEHAVEN speaking to J.D. on the video calls. Law enforcement reviewed video calls, voice calls, and text messages between DEHAVEN and J.D. from May 26, 2025, through June 7, 2025. The following is a relevant summary of those communications.

4. On May 26, 2025, DEHAVEN and J.D. were discussing the recent arrests of various individuals for drug trafficking in Flagstaff, including J.D. DEHAVEN asked J.D. if she was "messing with S.H." J.D. responded "I think it's S.H." J.D. went on to say that S.H. was in New Mexico but is back now "hiding out" in Flagstaff.

5.  On June 3, 2025, DEHAVEN told J.D. that he spoke to B.S., a co-defendant in J.D.'s case, and that B.S. got his "paper".  DEHAVEN told J.D. that "S.H. is the fucking rat".  DEHAVEN stated that S.H. is "dating a fucking cop named [C.W.], a detective that lives in Williams his name is [C.W.], badge number…".  DEHAVEN said, "I'm fucking pissed".  Flagstaff Police Department Detective C.W. (also a TFO with the FBI) performed undercover work on J.D.'s case.  C.W. utilized the alias of "Marcus" when interacting with J.D.

6.  On June 5, 2025, at approximately 11:21 p.m., DEHAVEN sent J.D. a text message saying, "You'll never guess who I ran into at Walmart, walked right past their red Jeep".  At approximately 3:13 a.m., DEHAVEN sent J.D. another message stating, "Ran into her again".  On June 6, 2025, at approximately 9:42 a.m., DEHAVEN and J.D. spoke over the phone.  J.D. asked DEHAVEN about running into "that chick".  Your affiant knew this to be about S.H., due to previous messages between DEHAVEN and J.D. about S.H.'s red Jeep.  DEHAVEN confirmed he saw S.H. and then said that something is looking out for him because "I never forget my knife.  I wanna, I wanna cut that bitch so bad".  DEHAVEN then told J.D. that he forgot his knife in his car all day that day and that was abnormal for him.  DEHAVEN went on to tell J.D. that he went by Wal-Mart last night and that he saw S.H. parked in a handicap parking spot.  DEHAVEN then made some incoherent statements but said "slice that fucking bitch's face off".  DEHAVEN told J.D. that he observed S.H. start their Jeep up and talked about how loud the Jeep is.  Your affiant knows S.H.'s Jeep to have an abnormally loud exhaust due to mechanical issues.

DEHAVEN stated that he "went looking for this bitch" when they left the Wal-Mart. DEHAVEN stated that he stopped at the Maverik gas station and that S.H. pulled up to the Maverik with a male. DEHAVEN stated that DEHAVEN was "hot and heavy". DEHAVEN told J.D. the male with S.H. was scrawny and that he would "beat that bitch's ass too". J.D. stated that she knows that it is either S.H. or another male on J.D.'s "paperwork".

7. A Flagstaff Police Department Detective contacted S.H. after reviewing the conversations between J.D. and DEHAVEN and confirmed S.H.'s presence at the Wal-Mart and Maverik on June 5, 2025. S.H. also confirmed that they saw DEHAVEN at the Maverick that night. DEHAVEN made contact with S.H. and tried to speak to S.H. about her red Jeep, which she was driving.

8. On June 6, 2025, at approximately 8:28 p.m., DEHAVEN and J.D. had a video call. J.D. told DEHAVEN that J.D. got her "reports", and that they had S.H.'s name and S.H.'s "man", known to J.D. as "Marcus", all over them. J.D. told DEHAVEN that he needs to get a restraining order from S.H. DEHAVEN responded, "I'll just, I'll just kill the bitch". J.D. responded, "After last night you need to. Like that's your best option". DEHAVEN said that he will "beat her boyfriend up". Your affiant understood this to be C.W., aka Marcus, based on the prior comments about S.H.'s "man". DEHAVEN then said, "I don't know I have a lot of twisted shit that I --" and then stopped talking. J.D. told DEHAVEN that they have J.D. on numerous videos and said, "they got so much shit on me". J.D. and DEHAVEN then discussed the different officers involved in J.D.'s case and

again stated "Marcus" by his full actual name, [C.W.].  J.D. said again that C.W. is all over J.D.'s paperwork.

9.   Later that evening, DEHAVEN's vehicle, a red 2010 Toyota Corolla bearing AZ: 79A7CKA, registered to him alone, was observed driving eastbound on E Route 66 and N. Fourth St. at approximately 10:17 p.m.  At 1:23 a.m., the vehicle was seen driving westbound through the same intersection.  At 1:48 a.m., it was seen a third time driving eastbound back through the same intersection.  These locations at these times are consistent with the areas and times DEHAVEN last saw S.H. the evening prior, and these driving patterns occurred shortly after DEHAVEN spoke to J.D. and threatened to kill S.H.

10. On June 7,2025, at approximately 9:36 a.m., DEHAVEN and J.B had another video call.  J.D. asked DEHAVEN if he had "seen this bitch at all again?".  DEHAVEN told J.D. he had not.  J.D. told DEHAVEN that it was too coincidental for her, and that it was a sign.  DEHAVEN said, "I'll fucking" and then stopped his sentence and laughed.  DEHAVEN said that he thinks it was God testing him to see if he would flip out.  J.D. responded that she was surprised that he didn't and then DEHAVEN said, "I wanted to so fucking bad", and that he is surprised that he didn't too.  DEHAVEN added, "I'm surprised I fucking left my goddamn knife in the fucking car.  I never leave my knife, ever."  J.D. told DEHAVEN that was a good thing and DEHAVEN responded, "yeah, probably so".  J.D. asked DEHAVEN about the male that "she" (S.H.) was with that night.  J.D. then told DEHAVEN more about her case and how J.D. was introduced to the undercover cop and how the police had J.D. on several controlled buys.

11. Due to safety concerns for S.H., on June 7, 2025, DEHAVEN was arrested via probable cause when leaving his place of employment, Taco Bell. During the search incident to arrest of DEHAVEN, arresting officers located a spring-loaded knife on DEHAVEN's person. The blade itself measured approximately 3.5 inches. Officers also located brass knuckles on DEHAVEN's person.







12. Based on the above facts, there is probable cause to believe CHRISTOPHER MICHAEL DEHAVEN has committed violations of Title 18, United States Code, Section 875(c), Interstate Communications – Threat to Injure.

KARA KESLER
Digitally signed by KARA KESLER
Date: 2025.06.08 14:45:11 -07'00'

Kara Kesler, Special Agent
Federal Bureau of Investigation

Telephonically Sworn

_____ 8th _____ day of June, 2025.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.06.08 15:23:18 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge